UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN PAUL MURRAY,

    Petitioner,

v.    Case No: 10-12488

BLAINE C. LAFLER,

    Respondent.
    _____/

## JUDGMENT

In accord with the court's "Opinion and Order," dated October 31, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent, Blaine C. Lafler, and against Petitioner, Shawn Paul Murray.

Dated at Detroit, Michigan, this 31st day of October, 2012.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: S/Lisa Wagner
    Lisa Wagner, Deputy Clerk
    and Case Manager to
    Judge Robert H. Cleland